**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6674

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DANIEL WATLINGTON, a/k/a Gator Slim,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:05-cr-00004-BO-1)

Submitted:  June 25, 2024                                Decided:  June 27, 2024

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel Watlington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Watlington appeals the district court's order declaring the UCC Financing Statement filed by Watlington to be false, null, and void. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Watlington*, No. 5:05-cr-00004-BO-1 (E.D.N.C. June 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*